UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-617 (RHK/RLE)

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>ONE GATEWAY PENTIUM 400 MHZ COMPUTER SYSTEM, SERIAL NO. 001310522, MODEL NO. TBR2400, INCLUDING MONITOR, SERIAL NO. G8K004206, MODEL NO. CM751U, KEYBOARD, SERIAL NO. JP042K2601, BOSTON SPEAKERS, AND MOUSE; ONE HEWLETT PACKARD DESKJET 895 Cse PRINTER, SERIAL NO. MX8CT2T1NW; AND ONE HEWLETT PACKARD SCANJET 4100C SCANNER, SERIAL<br><br>DEFENDANTS. | STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(2), FED.R.CIV.P., AND ORDER |

The petition for remission or mitigation of forfeiture filed by Claimant Jack D. Trett having been granted by the U.S. Department of Justice's Asset Forfeiture and Money Laundering Section, the United States and Claimant Trett hereby agree that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action may be dismissed without prejudice on the following terms:

1. Upon the filing of the order for dismissal with the Clerk of Court, the United States will arrange to have the defendants released to Claimant Trett. Claimant Trett hereby agrees to accept the defendants "as is, where is."



FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. The United States hereby agrees that the defendants shall not be subject to further seizure arising out of the facts and circumstances known at this time to the United States. Claimant Trett hereby acknowledges that after the release of the defendants to him, if the defendants are used again in violation of federal law, they may again be subject to seizure and forfeiture by the United States.

3. Claimant Trett hereby agrees that he shall not be entitled to costs, nor shall the person(s) who made the seizure of the defendants, nor the prosecutor, be liable to suit or judgment on account of such suit or prosecution, pursuant to 28 U.S.C. § 2465, there being reasonable cause shown for the seizure of the defendants.

4. The United States and Claimant Trett hereby agree that each party will bear their own attorneys' fees and other costs incurred in this action.

5. Claimant Trett agrees that the United States of America, its officers, employees and agents are unconditionally released and held harmless from any and all claims, demands, damages, causes of action or suits of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of

or growing out of or affecting, directly or indirectly, the seizure and/or return of the defendants.

Dated: 8/16/01

ROBERT M. SMALL
United States Attorney

Paul A. Murphy, AUSA
for BY: LIZABETH A. MCKIBBEN
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Dated:

Jack Trett 8/18/01
BY: JACK TRETT
Claimant

ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: 8/23/01

RICHARD H. KYLE, Judge
United States District Court